In the Matter of the Application of GERTRUDE L. HOYT, Respondent, for a Peremptory Writ of Mandamus against FRANK L. POLK, as Corporation Counsel of the City of New York.

THE CITY OF NEW YORK, Appellant.

*Matter of Hoyt*, 162 App. Div. 469, affirmed.
(Argued November 9, 1914; decided November 24, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 15, 1914, which reversed an order of Special Term denying an application for a peremptory writ of mandamus to compel the corporation counsel of the city of New York to institute proceedings, pursuant to chapter 1006 of the Laws of 1895, for the ascertainment of the compensation due to the petitioner by reason of the closing of Attorney street in the borough of Manhattan.

*Frank L. Polk, Corporation Counsel (Joel J. Squier and John J. Kearney* of counsel), for appellant.

*George E. Baldwin* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.